UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRA DUNCAN-GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRECKENRIDGE PROPERTY FUND 2016 LLC,<br><br>　　　　Defendant. | Case No. 17-cv-03912-HSG<br><br>**ORDER DISMISSING CASE** |

　　On October 11, 2017 the Court gave Plaintiff leave to file an amended complaint by November 3, 2017. The Court made clear in its order that failure to adhere to this deadline would result in dismissal of this action. Dkt. No. 12. Because Plaintiff did not file an amended complaint by the deadline (and has not done so to date), this action is dismissed.

　　**IT IS SO ORDERED.**

Dated: 8/16/2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge